Kristin A. Zilberstein, Esq. (200041)
L. Bryant Jaquez, Esq. (252125)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Telephone: (949) 427-2010
Facsimile No.: (949) 427-2732
Email: bjaquez@ghidottiberger.com

Attorneys for Movant
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, its successors and assigns

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| In Re:<br><br>Maria Trinidad Ojeda<br><br>    Debtor. | CASE NO.: 20-10029<br><br>DCN: GB-1<br><br>CHAPTER 13<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Honorable Rene Lastreto II |

On January 9, 2020, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, its successors and/or assignees ("Movant") by and through its attorney of record, L. Bryant Jaquez, Esq., of Ghidotti Berger, LLP, submitted its Ex Parte ("Ex Parte Application") for an Order Shortening Time for Hearing on Motion for Relief from Stay ("Motion"), filed on January 8, 2020 as docket number 15.

RECEIVED
January 09, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006664916

After considering the facts and merits set forth in the Ex Parte Application, and upon the request of Movant, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Movant's Ex Parte Application is hereby granted and the hearing on the Movant's Motion for relief from stay shall take place prior to dismissal of the case on Jan. 23, 2020 (date) at 9:30 am :

2. Any Opposition to Movant's Motion may be filed prior to the hearing or presented orally at the hearing as no written opposition is required.

3. Cousnel for Movant shall serve a copy of this Order along with a Notice of Hearing setting forth the date and time of the hearing on the Motion on all interested parties by email and first class mail (manner of service), no later than 5:00 pm . on Jan. 13, 2020 ,

Dated: Jan 10, 2020

By the Court

René Lastreto II, Judge
United States Bankruptcy Court