Kristin A. Zilberstein, Esq.  (200041)
L. Bryant Jaquez, Esq. (252125)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Telephone: (949) 427-2010
Facsimile No.:  (949) 427-2732
Email: bjaquez@ghidottiberger.com

Attorneys for Movant
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST, its successors and assigns

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| In Re:<br><br>Maria Trinidad Ojeda<br><br>      Debtor. | CASE NO.:  20-10029<br><br>DCN:  GB-1<br><br>CHAPTER 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: January 23, 2020<br>TIME: 9:30 a.m.<br>CTRM: 13<br>Location: 2500 Tulare Street, 5th Fl.<br>          Fresno, CA<br><br>Honorable Rene Lastreto II |

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST's Motion for Relief from Automatic Stay came on regularly for hearing on January 23, 2020 at 9:30 a.m. before the Honorable Judge,  Rene Lastreto II.  All appearances were as noted in the Court's record. No appearance was made by Debtor.

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

RECEIVED
January 24, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006682167

Based upon the pleadings contained herein and oral argument, and after review of the included evidence, the court finds that the debtor's filing of the petition was part of a scheme to delay, hinder, or defraud creditors that involved the transfer of all or part ownership of the subject real property without the consent of the secured creditor or court approval.

The Court having rendered findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52, as incorporated by Federal Rule of Bankruptcy Procedure 7052:

IT IS ORDERED that the automatic stay of 11 U.S.C. § 362(a) did not arise affecting the real property located at 16555 Everton Street in Delhi, CA 95315("Property" herein); and

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 362(d)(4), that the filing of the petition was part of a scheme to delay, hinder, or defraud creditors that involved either transfer of all or part ownership of, or other interest in, the aforesaid Property without the consent of the secured creditor or court approval; or multiple bankruptcy filing affecting such Property.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 362(d)(4), if recorded in compliance with appicable state law governing notices of interests or liens in real property, this order shall be binding in any other case under Title 11 of the United States Code purporting to affect the Property not later than two years after the date of entry of the order, upon recording a copy of the order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law, except that a debtor in subsequent case may move for relief from the order based upon good cause shown after notice and hearing.

///

///

///

///

///

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

IT IS FURTHER ORDERED that any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

IT IS FURTHER ORDERED, the 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is hereby ordered waived.

**Dated:** Jan 29, 2020

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

---

3